UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re: DEBRA CANTWELL.

Underlying Litigation:

Taxotere (Docetaxel) Products Liability Litigation, C 16-2740 (E.D. La.).

NO. MC18-0112RSL

ORDER STAYING PROCEEDING

This matter comes before the Court on sanofi-aventis U.S. LLC and Sanofi US Services Inc.'s motion to stay all proceedings until the Judicial Panel on Multidistrict Litigation ("JPML") determines whether to transfer the matter to the Eastern District of Louisiana where the underlying products liability litigation is pending. Dkt. # 8. Ms. Cantwell does not oppose the stay. Dkt. # 10.

This matter is hereby stayed. The parties shall, within seven days of the final determination of the transfer issue by the JPML, file a status report requesting transfer or a briefing schedule for the motion to quash.

Dated this 29th day of November, 2018.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER STAYING PROCEEDING - 1